UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-05267-DMG-AYP** | Date | September 4, 2026 |
| Title | ***Adam Ross Hamer v. United States of America, et al.*** | Page | 1 of 1 |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE RE DEFENDANTS' RESPONSE TO PLAINTIFF'S *EX PARTE* APPLICATION FOR MOTION FOR ENTRY OF DEFAULT JUDGEMENT [72]**

On May 15, 2026, *pro se* Plaintiff Adam Ross Hamer filed this action for damages and injunctive relief against Defendants United States of America, Central Intelligence Agency, Defense Intelligence Agency, Department of the Air Force, Department of the Army, and Office of the Director of National Intelligence. [Doc. # 1.] Plaintiff filed a proof of service showing service was completed on June 8, 2026. [Doc. # 33.] Defendants' responses were due 60 days thereafter. Fed. R. Civ. P. 12(a)(2).

On August 31, 2026, Plaintiff filed an *ex parte* application for Motion for Entry of Default Judgment. [Doc. # 72.] "A default judgment may be entered against the United States, its officers, or its agencies only if the claimant establishes a claim or right to relief by evidence that satisfies the court." Fed. R. Civ. P. 55(d).

The Court hereby orders Defendants to file a status report by no later than **September 25, 2026** to inform the Court whether and how they intend to respond to the Complaint.

**IT IS SO ORDERED.**