**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ADAM ROSS HAMER

Plaintiff,

v.

UNITED STATES OF AMERICA; DEFENSE INTELLIGENCE AGENCY; CENTRAL INTELLIGENCE AGENCY; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; DEPARTMENT OF THE AIR FORCE; DEPARTMENT OF THE ARMY,

Defendants.

Case No. CV 26-5267-DMG (AYPx)

**JUDGMENT OF DISMISSAL**

On October 28, 2026, this Court granted Defendants' motion to dismiss for lack of subject matter jurisdiction. [Doc. # 90.] Therefore,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: October 28, 2026

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE